# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MARTHA TORRES-EATON ,<br><br>                    Defendant. | CASE NO. 67CR1760-AJB<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>MAR 1 6 2012<br>CLERK, SOUTHERN DISTRICT OF CALIFORNIA<br>BY         DEPUTY |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal, without prejudice; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

___     of the offense(s) as charged in the Indictment:

        Bail Jumping

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/14/12

                                        Anthony J. Battaglia
                                        U.S. Magistrate Judge